# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 Case No. 03-C-1248

RAISA BONDAR, BORIS GOKHMAN,
IGOR BOLSHINSKY and HELEN SHUKH,

    Defendants.

## OPINION AND ORDER

Based upon the proceedings during the telephonic scheduling conference held on November 16, 2005, the court **ORDERS** that, on or before **January 16, 2006**, the parties may conduct discovery relevant to the amount of damages and any documents which support the government's damage calculation including a summary of the government's calculation of penalties.

**IT IS FURTHER ORDERED** that the Defendants shall serve and file responses to the motion for partial summary judgment on or before **January 16, 2006**. The Plaintiff shall serve and file a reply within ten days of the filing of the responses.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 28th day of November, 2005.

                                           s/Thomas J. Curran
                                           THOMAS J. CURRAN
                                           United States District Judge